**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 10, 2024
Docket #: 24-1610
Short Title: Kourani v. Department of Justice

DC Docket #: 1:24-cv-857
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Laura Taylor Swain

## CASE STATUS UPDATE NOTICE

In response to your letter dated September 3, 2024 your appeal is Open. Please note the attached copy of the docket sheet. Please be aware that if you are granted IFP status that the appeal fee gets withdrawn in increments instead of the $605 be withdrawn at once. Each case that is open will require for money to be withdrawn from the trust fund.

Inquiries regarding this case may be directed to 212-857-8546.